950 A.2d 100

**William K. SHAFFER**

v.

**STATE of Maryland.**

**No. 29, Sept. Term, 2008.**

Court of Appeals of Maryland.

June 12, 2008.

William K. Shaffer, Jessup, for petitioner.

Kathleen A. Ellis, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen.), Baltimore, for respondent.

Submitted before BELL, C.J., HARRELL, BATTAGLIA, GREENE and MURPHY, JJ.

## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above-entitled case, it is this 12th day of June, 2008,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court with directions to remand the case to the Circuit Court for Washington County for further proceedings. Costs to abide the result.